IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00707-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)


**AUDREY L. TENNYSON**,

     Plaintiff,

v.

**RICK RAEMISCH**, CDOC Director;
**MICHAEL MILLER**, CCCF Warden;,
**MELINDA McMILLIAN**, CCCF Bookkeeper;
**LOUIS CABLING**; CCCF Head Physician;
**JUDY BREZEDINE**, CCCF Health Serv. Admn.;
**LAURIE KNAPP,** CCCF Clinical Supervisor;
**DOUG ROBERTS**, CDOC-PPMU Medical Monitor; and
**ANTHONY DECESARO**, CDOC Grievance Review Officer,

     Defendants.

_____

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES
_____

     Plaintiff, Audrey L. Tennyson, initiated this action on April 3, 2015 by filing a

Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983, and a Motion

Requesting to File for In Forma Pauperis (ECF No. 3).   As part of the Court's review

pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are

deficient as described in this Order.  Plaintiff will be directed to cure the following if he

wishes to pursue any claims in this Court in this action at this time.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is not on correct form (<u>Plaintiff must use the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915</u>).
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   <u>X</u>   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)   <u>X</u>   other: <u>Plaintiff may pay the $400 filing fee in full, in lieu of filing a § 1915 motion and affidavit</u>.

**Complaint, Petition or Application**:
(11)   ___   is not submitted
(12)   ___   is not on proper form
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___   other:

Accordingly, it is

**ORDERED** that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty  days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

**FURTHER ORDERED** that Plaintiff shall obtain a copy of the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form if desired (revised 10/1/12) (with the assistance of his case manager or the facility's

2

legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.

Plaintiff must use the Court-approved forms in curing the deficiencies.  It is

      **FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

      DATED April 7, 2015, at Denver, Colorado.

                BY THE COURT:


                 s/ Gordon P. Gallagher_____
                United States Magistrate Judge