IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00707-LTB

**AUDREY L. TENNYSON**,

    Plaintiff,

v.

**RICK RAEMISCH**, CDOC Director;
**MICHAEL MILLER**, CCCF Warden;,
**MELINDA McMILLIAN**, CCCF Bookkeeper;
**LOUIS CABLING**; CCCF Head Physician;
**JUDY BREZEDINE**, CCCF Health Serv. Admn.;
**LAURIE KNAPP,** CCCF Clinical Supervisor;
**DOUG ROBERTS**, CDOC-PPMU Medical Monitor; and
**ANTHONY DECESARO**, CDOC Grievance Review Officer,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY DISTRICT JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Alter or Amend the Order on Motion for Preliminary Injunction (ECF No. 15) is **DENIED** for the reasons set forth in the Order dated April 17, 2015 (ECF No. 10).

Dated:  May 5, 2015