IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-00707-MSK-CBS              Date: November 2, 2015
Courtroom Deputy: Ellen E. Miller              FTR – Reporter Deck-Courtroom A402

*Parties:*                                     *Counsel:*

AUDREY L. TENNYSON,                            *Pro se*   (by phone)

Plaintiff,

v.

RICK RAEMISCH, *et al.,*                       Christopher Alber
                                               Andrew Ringel

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:** 10:02 a.m.
Court calls case.  Appearance of *Pro Se* Plaintiff and defense counsel.

Discussion is held regarding pending motions.

**It is ORDERED:**     Plaintiff's Renewed Motion for Injunctive Relief and for Designated Defendant's [sic] to Show Cause [Docket No. **25,** filed May 18, 2015] is DENIED WITHOUT PREJUDICE for reasons as set forth on the record.

The Court will issue written recommendations as to the following motions:

**Recommending**   Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction Hearing / With a Proposed Order to Show Cause [Docket No. **46**, filed July 16, 2015] be denied.

**Recommending**   Defendants Rick Raemisch and Doug Roberts' Motion to Dismiss [Docket No. **54**] be granted in part and denied in part.

**Recommending**   Plaintiff's Motion to Reconsider the Dismissal of Anthony DeCesaro [Docket No. **30**] be denied

**Recommending** Plaintiff's Combined Motion to Reconsider Alter or Amend Tennyson Striken [sic] as a Plaintiff in Subsequent filed Action - 15-996 and to Consolidate Both Actions or for Class Certification [Docket No. **33**] be denied without prejudice.

**It is ORDERED:** The Courtroom Deputy shall have an expedited transcript of this Status Conference sent to Plaintiff, Audrey L. Tennyson.
Plaintiff's fourteen (14) day time frame for objections to the Court's rulings made today shall start from the date the transcript is sent to Plaintiff.

Hearing Concluded.

**Court in recess:** 11:13 a.m.
Time in court: 01:11

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.